■ FOREST BAY HOMES, INC., Appellant, v ROBERT E. KOSINSKI et al., Defendants and Third-Party Plaintiffs-Respondents. JOSEPH TRAPASSO et al., Third-Party Defendants-Appellants.—In an action to foreclose a purchase-money mortgage, the plaintiff and third-party defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Westchester County, dated December 20, 1976, as denied their motion for a protective order vacating the defendants third-party plaintiffs' interrogatories. Order reversed insofar as appealed from, with $50 costs and disbursements, motion granted and the interrogatories are vacated in their entirety, without prejudice to the service of proper interrogatories, if respondents be so advised. Respondents' time to serve new interrogatories is extended until 20 days after service upon them of a copy of the order to be made hereon, with notice of entry thereof. The issues raised in this action do not warrant the prolix, vexatious and unreasonably oppressive interrogatories propounded by respondents. The remedy, under such circumstances, is vacatur of all of the interrogatories, rather than prunings by the court (see *Sol Mor Novelty Co. v Northwestern Nat. Ins. Co.,* 60 AD2d 543). Hopkins, J. P., Latham, Gulotta and O'Connor, JJ., concur.

■ HAROLD FRANKLIN, Appellant, v HERIBERTO ROSADO et al., Respondents.—In an action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Rockland County, dated January 14, 1977, which denied his application for a general preference and transferred the action to the County Court, upon condition that the defendants consent to the transfer. Order reversed, without costs or disbursements, and application granted. In our opinion the amount of special damages and the nature and extent of the injuries alleged could reasonably warrant an award in excess of the monetary jurisdiction of the County Court. Accordingly, a general preference should have been granted. Mollen, P. J., Latham, Damiani and Suozzi, JJ., concur.

■ JOSEPH GIOVINAZZO, Appellant, v MARIANNE D. GIOVINAZZO, Respondent.—In a divorce action, the plaintiff husband appeals from so much of a judgment of the Supreme Court, Queens County, dated January 12, 1978, as limited his visitation with the issue of the marriage. Judgment affirmed insofar as appealed from, without costs or disbursements. Appellant may apply to Special Term, at any time, for greater visitation. Hopkins, J. P., Martuscello, Latham and Hawkins, JJ., concur.